# MEMORANDUM CASES.

[Civ. No. 4370. First Appellate District, Division Two.—December 27, 1922.]

K. ISHII, Respondent, v. GUARANTEE MORTGAGE COMPANY (a Corporation), Appellant.

PLACE OF TRIAL—ACTION AGAINST CORPORATION—FRAUD.—Order affirmed on the authority of *Nakata* v. *Guarantee Mortgage Co., ante,* p. 260.

APPEAL from an order of the Superior Court of Fresno County denying a motion for change of place of trial. C. E. Beaumont, Judge. Affirmed.

The facts are identical with those stated in the opinion in *Nakata* v. *Guarantee Mortgage Co., ante,* p. 260.

Leo J. McEnerney for Appellant.

Iener W. Nielsen for Respondent.

STURTEVANT, J.—This is an appeal from an order refusing to change the place of trial. The pleading in form is identical with the pleadings discussed in the opinion this day filed in the case of *Nakata* v. *Guarantee Mortgage Co., ante,* p. 260 [212 Pac. 937]. The two cases were submitted on the same briefs.

For the reasons stated in the case cited the order of the trial court is affirmed.

Langdon, P. J., and Nourse, J., concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on January 25, 1923, and a petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 21, 1923.

All the Justices concurred.